**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Garibaldi Perez SOLORIO, a.k.a.**
**Gari, Defendant–Appellant.**

**No. 12–14684**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 21, 2013.

Patricia D. Barksdale, Andrew Tysen Duva, Bonnie Ames Glober, Diidri Robinson, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Ronald W. Maxwell, Jacksonville, FL, for Defendant–Appellant.

Before TJOFLAT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Ronald Maxwell, appointed counsel for Garibaldi Solorio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Solorio's conviction and sentence are **AFFIRMED.**